

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of E.M. and
A.M., children,

\* From the 91st District Court
  of Eastland County,
  Trial Court No. 23-067-DCFAM-46798.

No. 11-24-00310-CV

\* April 30, 2025

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we modify the order of the trial court to delete grounds (N), (O), and (P) with respect to the mother. As modified, we affirm the order of the trial court.